# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY OHEBSHALOM<br><br>Defendant. | Crim No. 20-cr-134 (SDW)<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE PENDING SENTENCING**<br><br>*Filed Electronically* |

**THIS MATTER**, having come before the Court upon the application of Defendant Zachary Ohebshalom for an Order Modifying Conditions of Release Pending Sentencing; and the Court having considered Mr. Ohebshalom's written submission of July 9, 2020; and the Government (Assistant United States Attorney Joshua L. Haber, appearing) having consented to Mr. Ohebshalom's request to permit him to travel to New York; and for good cause shown,

**IT IS** on this _____ day of July 2020,

**ORDERED** that the July 16, 2019 Order Setting Conditions of Release (D.E. No. 20) is modified such that Mr. Ohebshalom's travel is restricted to New Jersey and New York unless approved by Pretrial Services; and it is further

**ORDERED** that all other provisions of the July 16, 2019 Order Setting Conditions of Release remain in full force and effect.

_____
Hon. Susan D. Wigenton, U.S.D.J.